# In the United States District Court for the Southern District of Georgia Brunswick Division

```
UNITED STATES OF AMERICA,      )
                               )
     v.                        )     CR 223-003
                               )
DESIRAE HEINSLER,              )
                               )
     Defendant.                )
```

### ORDER

Having read and considered Defendant's motion to appear via videoconference, dkt. nos. 43, 45, the Court **DENIES** the motion.

**SO ORDERED** this 18th day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA